No. 5193.—ALICEA, aplte., *v.* SALDAÑA, apldo.—C. D. San Juan. Daños y perjuicios. Feb. 3, 1930.

No. 4809.—BANCO COMERCIAL DE PUERTO RICO, apldo., *v.* FIGUEROA ET AL., apltes.—C. D. Ponce. Cobro de dinero. Feb. 10, 1930.

No. 4084.—PUEBLO, apldo., *v.* ORTIZ, aplte.—C. D. Ponce. Abuso de confianza, etc. Feb. 11, 1930.

No. 4099.—PUEBLO, apldo., *v.* RIVERA ET AL., apltes.—C. D. San Juan. Alterar la paz pública. Feb. 12, 1930.

No. 5229.—CÓRDOVA CHIRINO, aplte., *v.* ORTIZ, aplda.—C. D. San Juan. Divorcio. Feb. 15, 1930.

No. 4457.—MÉNDEZ, aplte., *v.* THE FAJARDO SUGAR CO., aplda.—C. D. Humacao. Extinción de plazos hipotecarios. Feb. 20, 1930.

No. 4098.—PUEBLO, apldo., *v.* ORTA ET AL., apltes.—C. D. Ponce. Alterar la paz. Feb. 20, 1930.

No. 5242.—IGLESIA CATÓLICA DE HUMACAO, EX PARTE, MUNICIPIO DE HUMACAO, opositor.—C. D. Humacao. Dominio. Feb. 27, 1930.

No. 5253.—DR. FRANCESCHI CABALLERO, apldo., *v.* A. VDA. DE ALCARAZ, aplte.—C. D. Ponce. Daños y perjuicios. Marzo 6, 1930.

No. 5254.—DR. FRANCESCHI CABALLERO, apldo., *v.* A. VDA. DE ALCARAZ, aplte.—C. D. Ponce. Daños y perjuicios. Marzo 6, 1930.

No. 4107.—PUEBLO, apldo., *v.* OTERO, aplte.—C. D. San Juan. Acometimiento y agresión. Marzo 6, 1930.

No. 4106.—PUEBLO, apldo., *v.* OTERO, aplte.—C. D. San Juan. Motín. Marzo 6, 1930.

No. 4100.—PUEBLO, apldo., *v.* ORTIZ LANDRÓN, aplte.—C. D. San Juan. Homicidio voluntario. Marzo 11, 1930.

No. 4111.—PUEBLO, apldo., *v.* MIRANDA, aplte.—C. D. San Juan. Motín. Marzo 13, 1930.

No. 4112.—PUEBLO, apldo., *v.* SERRANO, aplte.—C. D. Arecibo. Alterar la paz pública. Marzo 13, 1930.